# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JACK B. ROY, an individual**,<br><br>Plaintiff,<br><br>v.<br><br>**LABORERS' LOCAL 737, a domestic nonprofit mutual benefit corporation, and ZACKARY CULVER, an individual**,<br><br>Defendants. | Case No. 3:18-cv-01695-YY<br><br>**ORDER** |

**IMMERGUT, District Judge.**

On April 28, 2021, Magistrate Judge Youlee Yim You issued her Findings and Recommendation (F&R), ECF 70, recommending that Defendants Laborers' Local 737 and Zackary Culver's Amended Bill of Costs, ECF 63, be deferred pending appeal. No party filed objections.

## DISCUSSION

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or

PAGE 1 – ORDER

recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*," whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

No party having filed objections, the Court has reviewed the F&R, ECF 70, and accepts Judge You's conclusions. The F&R, ECF 70, is adopted in full. Plaintiff's Amended Bill of Costs, ECF 63, is deferred pending appeal.

**IT IS SO ORDERED**.

DATED this 13th day of May, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge